JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  
**Category No.** II   **Investigating Agency** FBI  
**City** Cambridge, Needham   **Related Case Information:**  
**County** Middlesex, Norfolk  

Superseding Ind./ Inf. _____   Case No. _____  
Same Defendant _____   New Defendant _____  
Magistrate Judge Case Number   20-mj-07366-JCB  
Search Warrant Case Number   20-mj-7330, 20-mj-7331  
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Peter Brand   Juvenile: ☐ Yes ☑ No  
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No  
Alias Name: _____  
Address: (City & State) 59 Otis Street, #3, Cambridge, MA  
Birth date (Yr only): 1953   SSN (last4#): 4008   Sex: Male   Race: White   Nationality: Israeli  
Defense Counsel if known: Douglas Brooks   Address: Libby Hoopes Brooks  
Bar Number: _____   399 Boylston St Boston, MA 02116

**U.S. Attorney Information:**

AUSA: Mackenzie Queenin   Bar Number if applicable: 688114  
Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____  
Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No  
Matter to be SEALED: ☐ Yes ☑ No  
☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: 11/16/2020  
☐ Already in Federal Custody as of _____ in _____  
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial  
☑ On Pretrial Release: Ordered by: Hon. Jennifer Boal, U.S.M.J.   on   11/16/2020

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment  
**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/07/2020   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Peter Brand

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. sec. 371 | Conspiracy to Commit Federal Programs Bribery | I |
| Set 2   18 U.S.C. sec. 666 (a)(1)(B) | Federal Programs Bribery | II |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013