JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**            **Category No.** II            **Investigating Agency** FBI

**City**   Cambridge, Needham          **Related Case Information:**

**County**   Middlesex, Norfolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   20-mj-07366-JCB
Search Warrant Case Number   20-mj-7330, 20-mj-7331
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Jie "Jack" Zhao          Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

**Alias Name**   Jack

**Address**   (City & State) 12920 River Road, Potomac, MD

**Birth date (Yr only):** 1959   **SSN (last4#):** 3010   **Sex** M   **Race:** Asian Am.   **Nationality:** _____

**Defense Counsel if known:**   William Weinreb          **Address**   Quinn Emmanuel

**Bar Number** _____          111 Huntington Ave, Suite 520
Boston, MA 02199

**U.S. Attorney Information:**

**AUSA**   Mackenzie A. Queenin          **Bar Number if applicable**   688114

**Interpreter:**   ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:**   ☑ Yes   ☑ No

  ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**   11/16/2020

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   Hon. Jennifer C. Boal, U.S.M.J.   on   12/01/2020

**Charging Document:**   ☐ Complaint       ☐ Information       ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:**   12/07/2020        **Signature of AUSA:** _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Jie Zhao _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. sec. 371 | Conspiracy to Commit Federal Programs Bribery | I |
| Set 2 | 18 U.S.C. sec. 666 (a)(2) | Federal Programs Bribery | III |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____