≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** FBI

**City** Cambridge, Needham  **Related Case Information:**

**County** Middlesex, Norfolk
Superseding Ind./Inf. __X__  Case No. 20cr10306 - GAO
Same Defendant __X__  New Defendant _____
Magistrate Judge Case Number 20-mj-07366-JCB
Search Warrant Case Number 20-mj-7330, 20-mj-7331
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Peter Brand  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) 59 Otis Street, #3, Cambridge, MA

Birth date (Yr only): 1953  SSN (last4#): 4008  Sex Male  Race: White  Nationality: Israeli

Defense Counsel if known: Douglas Brooks  Address Libby Hoopes Brooks

Bar Number: _____  399 Boylston St Boston, MA 02116

**U.S. Attorney Information:**

AUSA Mackenzie Queenin  Bar Number if applicable 688114

Interpreter: ☐ Yes ☑ No  List language and/or dialect: _____

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: 11/16/2020

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: Hon. Jennifer Boal, U.S.M.J.  on 11/16/2020

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/29/2021  Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Peter Brand

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. sec. 371 | Conspiracy to Commit Federal Programs Bribery | I |
| Set 2   18 U.S.C. sec. 666 (a)(1)(B) | Federal Programs Bribery | II |
| Set 3   18 U.S.C sec 981(a)(1)(C) | Forfeiture Allegation | |
| Set 4   18 U.S.C sec 2461 (c) | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Cambridge, Needham

**County** Middlesex, Norfolk

**Related Case Information:**
Superseding Ind./ Inf. ✗    Case No. 20cr10306-GAO
Same Defendant ✗    New Defendant
Magistrate Judge Case Number 20-mj-07366-JCB
Search Warrant Case Number 20-mj-7330, 20-mj-7331
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Jie "Jack" Zhao    Juvenile: ☐ Yes ✓ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✓ No

Alias Name: Jack

Address: (City & State) 12920 River Road, Potomac, MD

Birth date (Yr only): 1959    SSN (last4#): 3010    Sex: M    Race: Asian Am.    Nationality:

Defense Counsel if known: William Weinreb    Address: Quinn Emmanuel

Bar Number:    111 Huntington Ave, Suite 520, Boston, MA 02199

**U.S. Attorney Information:**

AUSA: Mackenzie A. Queenin    Bar Number if applicable: 688114

Interpreter: ☐ Yes ✓ No    List language and/or dialect:

Victims: ☐ Yes ✓ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ✓ No

Matter to be SEALED: ✓ Yes ✓ No

☐ Warrant Requested    ✓ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: 11/16/2020

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
✓ On Pretrial Release: Ordered by: Hon. Jennifer C. Boal, U.S.M.J. on 12/01/2020

**Charging Document:** ☐ Complaint    ☐ Information    ✓ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ✓ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/29/2021    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jie Zhao

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. sec. 371 | Conspiracy to Commit Federal Programs Bribery | I |
| Set 2 | 18 U.S.C. sec. 666 (a)(2) | Federal Programs Bribery | III |
| Set 3 | 18 U.S.C sec 981 (a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 18 U.S.C sec 2461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013