## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-10306-GAO |
| Plaintiff, | |
| v. | |
| PETER BRAND and JIE "JACK" ZHAO, | |
| Defendants. | |

### DEFENDANT PETER BRAND'S ASSENTED-TO MOTION
### TO CONTINUE INITIAL PRETRIAL CONFERENCE

Defendant Peter Brand, with the assent of all parties, hereby respectfully moves the Court to continue the Initial Pretrial Conference, currently scheduled for March 16, 2022, to March 22, March 23, or March 25, 2022 (or such other date convenient to the Court). As support for this Motion, Mr. Brand states as follows:

1.      On March 2, 2022, the Court scheduled an in-person Initial Pretrial Conference in this matter for March 16, 2022 (ECF No. 112).

2.      The undersigned has a conflict on March 16, 2022, involving out-of-state work travel.

3.      The undersigned has conferred with counsel of record for all parties in this action. All parties assent to this Motion, and counsel for all parties are available for the Initial Pretrial Conference on March 22, 2022 (other than 10:00-11:00 a.m.); March 23, 2022 (other than (2:00-3:00 p.m.); and March 25, 2022 (other than (1:00-2:00 p.m.).

WHEREFORE, Mr. Brand respectfully requests that the Court continue the Initial Pretrial Conference to one of the proposed dates or such other time that is convenient to the Court.

Respectfully submitted,


/s/ Douglas S. Brooks
Douglas S. Brooks (BBO No. 636697)
R. Matthew Rickman (BBO No. 637160)
LIBBY HOOPES BROOKS, PC
399 Boylston Street
Boston, MA 02116
(617) 338-9300
dbrooks@lhblaw.com


Dated: March 3, 2022

## LOCAL RULES 7.1 AND 112.1 CERTIFICATION

I hereby certify that I conferred with all counsel of record, and all assent to the relief requested in this Motion.

/s/ Douglas S. Brooks
Douglas S. Brooks


## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2022, a true and correct copy of the forgoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ Douglas S. Brooks
Douglas S. Brooks