IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 20-cr-10306-GAO |
| | ) | |
| PETER BRAND, and | ) | |
| JIE "JACK" ZHAO, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## JOINT NOTICE OF PROPOSED PRETRIAL SCHEDULE

On March 30, 2022, the Court held an initial pretrial conference and there set a trial date of October 24, 2022. (Dkt. 122.) Thereafter, the Court ordered the parties to submit a proposed schedule for pretrial deadlines. (*Id.*) As ordered, the parties conferred and now jointly propose the following deadlines:

| Event | Date | Time Pre-Trial |
|---|---|---|
| Defendants Provide Reciprocal Discovery | 8/25/22 | 60 days pre-trial |
| Government Provides Expert Disclosures | 8/25/22 | 60 days pre-trial |
| Government Provide 404(b) Notice | 9/9/22 | 45 days pre-trial |
| Government Provides "21 Day" Material and Jencks | 9/9/22 | 45 days pre-trial |
| Government Provides Exhibit and Witness Lists | 9/9/22 | 45 days pre-trial |
| Defendants Provide Expert Disclosures | 9/9/22 | 45 days pre-trial |
| Defendants Provide Exhibit and Witness Lists | 9/24/22 | 30 days pre-trial |
| Parties Provide Rebuttal Expert Disclosures | 9/24/22 | 30 days pre-trial |
| Parties File Motions in Limine, Voir Dire, Jury Instructions | 10/3/22 | 21 days pre-trial |
| Parties File Responses to Mot. in Limine, Voir Dire, Jury Instructions | 10/14/22 | 10 days pre-trial |
| Final Pretrial Conference | Week of 10/17/22 | Week pre-trial |

1

Respectfully submitted,

| | |
|---|---|
| PETER BRAND<br>Defendant | RACHAEL S. ROLLINS<br>United States Attorney |
| */s/ Douglas Brooks*<br>Douglas Brooks<br>Libby Hoopes Brooks, P.C.<br>399 Boylston Street<br>Boston, MA 02116 | */s/ Mackenzie Queenin*<br>Mackenzie Queenin<br>United States Attorney's Office<br>One Courthouse Way<br>Boston, MA 02210 |

JIE "JACK" ZHAO
Defendant

/s/ *William Weinreb*
William Weinreb
Michael Packard
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199

**Certificate of Service**

  I, Michael T. Packard, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

| | |
|---|---|
| Date: <u>April 15, 2022</u> | <u>*/s/ Michael T. Packard*</u><br>Michael T. Packard |