IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-cr-10306-GAO |
| | ) | |
| PETER BRAND, and | ) | |
| JIE "JACK" ZHAO, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## ASSENTED-TO MOTION TO CONTINUE MOTION TO DISMISS HEARING

The government hereby moves to continue the Motion to Dismiss hearing currently scheduled for May 19. In support, the government states that the undersigned AUSA currently has a trial that is scheduled to begin May 3 that is expected to last through May 19. The government therefore respectfully requests that the Court reschedule the hearing at a date convenient for the Court. The following dates are available for both the defendants and the government: June 1, June 2, June 9, and June 10.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

*/s/ Mackenzie Queenin*
Mackenzie Queenin
United States Attorney's Office
One Courthouse Way
Boston, MA 02210

## Certificate of Service

      I, Mackenzie A. Queenin, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

April 29, 2022                                         */s/ Mackenzie A. Queenin*
                                                                               Mackenzie A. Queenin